UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI S. BROWN,

                Plaintiff,

-against-

CONED SECURITY,

                Defendant.

21-CV-2188 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 15, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 15, 2021
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge